**STATE v. SISK**

[345 N.C. 749 (1997)]

STATE OF NORTH CAROLINA v. AMY JANE SISK

No. 371A96

(Filed 11 April 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 123 N.C. App. 361, 473 S.E.2d 348 (1996), affirming a judgment entered by DeRamus, J., on 24 March 1995 in Superior Court, Forsyth County. On 7 November 1996 this Court allowed defendant's petition for discretionary review as to an additional issue. Heard in the Supreme Court 20 March 1997.

*Michael F. Easley, Attorney General, by J. Philip Allen, Assistant Attorney General, for the State.*

*Paul M. James, III, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is affirmed for the reasons stated in the majority opinion by Judge Johnson. We hold that defendant's petition for discretionary review as to an additional issue was improvidently allowed.

AFFIRMED IN PART; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED IN PART.